FILED
2021 Mar-31 PM 04:03
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **U.S. SPECIALTY INSURANCE COMPANY,** | } | |
| **Plaintiff,** | } | |
| **v.** | } | **Case No.: 2:20-cv-01722-RDP** |
| **MATA ELECTRIC, LLC, et al,** | } | |
| **Defendants.** | } | |

**FINAL DEFAULT JUDGMENT**

In accordance with the accompanying memorandum opinion, U.S. Specialty Insurance Company's ("USSIC") Motion for Default Judgment against the remaining, non-bankrupt Defendants in this case, Mata Construction, LLC, Mata Auto, LLC, La Perla Nayarita, LLC Birmingham, La Perla Nayarita, LLC and individual defendant Erick A. Mata Cabrera (Doc. # 18) is **GRANTED**. Accordingly, default judgment is **ENTERED** in favor of U.S. Specialty Insurance Company and against Mata Construction, LLC, Mata Auto, LLC, La Perla Nayarita, LLC Birmingham, La Perla Nayarita, LLC and individual defendant Erick A. Mata Cabrera, separate and severally, in the amount of **$549,220.87,** which represents the amount it has paid as surety on the subject subcontract performance and payment bonds (consisting of a claim loss of $488,871.48 and loss adjustment expense of $60,349.39).

USSIC is granted leave to later seek amendment of this Judgment based on appropriate evidence.

Because this Judgment resolves the remaining claims in this case, the Clerk of the Court is **DIRECTED** to close this case.

**DONE** and **ORDERED** this March 31, 2021.

**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE